**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TINA NICHOLE GLENNIE** <br> **1330 South Fair Street** <br> **Apartment 1717** <br> **Arlington, Virginia** <br><br>        **Plaintiff,** <br><br> v. <br><br><br> **WASHINGTON METROPOLITAN** <br> **AREA TRANSIT AUTHORITY** <br> **600 5th Street, N.W.** <br> **Washington, D.C. 20001** <br><br>        **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No.:_____ <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1. On or about April 12, 2016, Plaintiff filed this action against WMATA, in the Superior Court of the District of Columbia, in the case titled <u>Tina Nichole Glennie v. WMATA</u>, No. Civil Action Number 2016-CA-002657 V.

2. Defendant WMATA was formally served in this action on April 13, 2016.

3. The Summons and Complaint, Jury Demand, Initial Order and Addendum and the Civil Division-Civil Information Sheet filed by the Plaintiff are attached hereto.  Plaintiff also served a First Set of Interrogatories and First Document Requests. Defendant filed an Answer to the Complaint with a Jury Demand. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

1

4. This is a civil action in which this Court has original jurisdiction against WMATA under the WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81 which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

/s/ Kathleen A. Carey
Kathleen A. Carey #357990
Chief Counsel – Torts
WMATA-General Counsel
600 5th Street, N.W.
Washington, D.C. 20001
(202)962-1496
kcarey@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, and efiled this 13th day of May, 2016 on:

William P. Lightfoot
Koonz, McKenney, Johnson, DePaolis & Lightfoot
20001 Pennsylvania Avenue NW
Washington, DC   20006

>                                    /s/Kathleen A. Carey
>                                    Kathleen A. Carey